UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NEW ENGLAND COMPOUNDING | ) | CHAPTER 11 |
| PHARMACY, INC., | ) | CASE NO. 12-19882-HJB |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION OF THE DEBTOR FOR AN ORDER ESTABLISHING INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

Pursuant to 11 U.S.C. §§ 105(a) and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedures and MLBR 9009-2, New England Compounding Pharmacy, Inc., the debtor-in-possession in the above-captioned Chapter 11 case (the "Company"), respectfully requests that the Court enter an order establishing procedures for interim compensation and reimbursement of expenses of Chapter 11 professionals on a monthly basis. In support of this Motion, the Company respectfully states at follows:

### Jurisdiction and Venue

1.  This Court has jurisdiction to consider and determine this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are sections 105(a), 330 and 331 of title 11 of the United States Code and MLBR 9009-2.

2.  On December 21, 2012, the Company filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code (the "Petition Date").

4202197v2

12/26/2012 A HEARING IS SET FOR FRIDAY, DECEMBER 28, 2012 AT 2 P.M. IN SPRINGFIELD. DEBTOR TO PROVIDE TELEPHONIC AND FAX NOTICE OR ELECTRONIC NOTICE TO THE UNITED STATES TRUSTEE, ALL SECURED CREDITORS, TAXING AUTHORITIES, 20 LARGEST UNSECURED CREDITORS AND ANY PARTY WHO HAS FILED A NOTICE OF APPEARANCE AND REQUEST FOR NOTICE.