UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., | ) ) ) | CHAPTER 11 CASE NO. 12- |
| Debtor. | ) ) ) | |

### DEBTOR'S APPLICATION TO EMPLOY MURTHA CULLINA LLP AS COUNSEL TO THE DEBTOR-IN-POSSESSION

Pursuant to § 327(a) of the Bankruptcy Code, Fed. R. Bank. P. 2014 and MLBR 2014-1, the above-captioned debtor-in-possession, New England Compounding Pharmacy, Inc. (the "Company"), hereby requests the entry of an Order authorizing the Company to employ Daniel C. Cohn and the law firm of Murtha Cullina LLP (collectively, the "Firm") as its bankruptcy counsel in this chapter 11 case. In support of this Application, the Company respectfully states:

### BACKGROUND

1. On December 21, 2012, the Company filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code (the "Petition Date").

2. The Company continues to own and manage its assets as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3. The Company is a compounding pharmacy which combines ingredients to create specific formulations of pharmaceutical products. Prior to the Petition Date, numerous individuals across the country were stricken with fungal meningitis attributed to contaminated products distributed by the Company. In early October, NECC initiated a nationwide recall of potentially contaminated product and, in cooperation with regulatory authorities, ceased

01/09/2013 GRANTED. NO OBJECTIONS HAVE BEEN FILED.