UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., | ) ) ) | CHAPTER 11 CASE NO. 12-19882-HJB |
| Debtor. | ) ) ) | |

**APPLICATION OF DEBTOR FOR ORDER APPROVING EMPLOYMENT AND RETENTION OF AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL COUNSEL PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2014 AND LOCAL BANKRUPTCY RULE 2014-1**

Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014 and MLBR 2014-1, New England Compounding Pharmacy, Inc. ("NECC"), hereby makes application (this "Application") for an order approving NECC's employment and retention of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") as special counsel to assist NECC with respect to Congressional investigations. In support of this Application, NECC submits the Declaration of Steven Ross, a partner at Akin Gump, attached hereto as Exhibit A (the "Ross Declaration").

In further support of this Application, NECC respectfully states as follows:

1. On December 21, 2012 (the "Petition Date"), NECC filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code.

2. Venue is proper pursuant to 28 §§ 1408 and 1409.

3. NECC continues to own and manage its assets as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

01/17/2013 A HEARING ON THIS APPLICATION, IF NECESSARY, IS SET FOR FEBRUARY 6, 2013 AT 11:30 A.M. IN SPRINGFIELD. THE DEADLINE FOR FILING OBJECTIONS TO THE APPLICATION IS EXTENDED, IF NECESSARY, TO FEBRUARY 1, 2013.