UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| NEW ENGLAND COMPOUNDING | ) Case No. 12-19882-HJB |
| PHARMACY, INC., | ) |
| Debtor | ) |
| | ) |

### APPOINTMENT OF AN OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS

Pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following holders of unsecured claims to the Official Committee of Unsecured Creditors in the above-referenced case:

1. Brenda Bansale

2. Robert Cole

3. Victor Davis

4. Kathleen Distler

5. Katrina Eldreth

6. Meghan A. Handy

7. Danny Swartzell

8. Bertram Walker Bryant, Jr.

9. NStar Electric Company

        Respectfully submitted,

        WILLIAM K. HARRINGTON,

        United States Trustee

By:    */s/ Jennifer L. Hertz*
       Jennifer L. Hertz BBO#645081
       United States Department of Justice
       John W. McCormack Post Office and Courthouse
       5 Post Office Square, Suite 1000
       Boston, MA 02109
       PHONE:    (617) 788-0412
       FAX:       (617) 565-6368
       Jennifer.L.Hertz@usdoj.gov

Dated: January 18, 2013

## CERTIFICATE OF SERVICE

      I certify that on January 18, 2013, true and correct copies of the foregoing notice were served via CM/ECF upon the individuals who have filed notices of appearance in the Court's CM/ECF database, including the debtor's attorney, who is identified below. In addition, true and correct copies of the foregoing motion were served, via first class mail, postage prepaid, upon the list of 20 largest unsecured creditors filed by the Debtor, as well as the 20 law firms identified by the Debtor as representing the largest number of personal injury claimants.

Respectfully submitted,

Date: January 18, 2013

WILLIAM K. HARRINGTON
United States Trustee, Region One

By: */s/ Jennifer L. Hertz*
Jennifer L. Hertz, BBO 645081
United States Department of Justice
Office of the United States Trustee
John W. McCormack Post Office & Courthouse
5 Post Office Square, Ste. 1000
Boston, MA 02109
(617) 788-0412
Email: Jennifer.L.Hertz@usdoj.gov

**VIA FIRST CLASS MAIL**

Keith D. Lowey, CPA
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA 02035
(Proposed CRO)

BMW Financial Services NA, LLC
P.O. Box 201347
Arlington, TX 76006

Patrick M Carter on behalf of Interested Party Basil McElwee
102 West 7th Street
P.O. Box 929
Columbia, TN 38402

Thomas Hardin on behalf of Interested Party Basil McElwee

Hardin, Parkes,Kelley,Carter & Bryant
102 West 7th Street
P.O. Box 929
Columbia, TN 38402

Phillips Murrah P.C.
Corporate Tower 13th Floor
101 North Robinson Avenue
Oklahoma City, OK 73102

Robert A. White on behalf of Debtor New England Compounding Pharmacy, Inc.
MURTHA, CULLINA, RICHTER & PINNEY
99 High St
Boston, MA 02110

And those parties identified on the Debtor's List of 20 Largest Creditors *[Docket #1, at p. 5]*

**VIA ECF**

Daniel C. Cohn on behalf of Debtor New England Compounding Pharmacy, Inc.
dcohn@murthalaw.com, kbratko@murthalaw.com;njoyce@murthalaw.com

Fredric L. Ellis on behalf of Creditor Edward Adams
rellis@ellisrapacki.com, nmurphy@ellisrapacki.com

Daniel Glosband on behalf of Creditor Unifirst Corporation
dglosband@goodwinprocter.com

Honor S. Heath on behalf of Creditor NSTAR Gas Company
heathhs@nu.com, honor.heath@gmail.com

Keri Linnea Wintle on behalf of Debtor New England Compounding Pharmacy, Inc.
kwintle@murthalaw.com