# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: New England Compounding Pharmacy, Inc.    Case Number: 12-19882    Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#167 Motion of Chapter 11 Tustee for an order Authorizing him to be represented by Special Local Counsel in the ordinary course of business

**OUTCOME:**

\_\_\_\_ Granted    \_\_\_\_ Denied    \_\_\_\_ Approved    \_\_\_\_ Sustained
\_\_\_\_ Denied    \_\_\_\_ Denied without prejudice    \_\_\_\_ Withdrawn in open court    \_\_\_\_ Overruled
\_\_\_\_ OSC enforced/released
\_\_\_\_ Continued to:_____For:_____
\_\_\_\_ Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_ Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_ Taken under advise ment: Brief(s) due_____From_____
    Response(s) due_____From_____
\_\_\_\_ Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_ No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

GRANTED.

IT IS SO NOTED:    IT IS SO ORDERED:

_____    _____Dated: 07/24/2013
Courtroom Deputy