UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., | ) Case No. 12-19882-HJB ) |
|  | ) Chapter 11 |
| Debtor. | ) |

**AMENDED NOTICE OF APPEAL**

Dr. O'Connell's Pain Care Center, Dr. O'Connell's Pain Care Center, Inc., Rochester Brain & Spine Pain Management LLC, Southeast Michigan Surgical Hospital, Pain Consultants of West Florida, P.A., Insight Health Corp., Interventional Spine & Sports Medicine, PC, Forsyth Street Ambulatory Surgery Center, LLC, and Rochester Brain and Spine Pain Management LLC, appeal under 28 U.S.C. § 158(a) from the judgment, order, or decree of the bankruptcy judge requiring NECC Contaminated Product Recipients to provide privileged and confidential patient identifying and health information to the Trustee, counsel to the Official Committee of Unsecured Creditors ("Committee") and Lead Counsel of the Plaintiffs' Steering Committee established in the MDL Proceeding ("PSC"), entered in this Chapter 11 case on the 29th day of July, 2013 (Dkt. No. 412) ("Original Order"), and the Order denying Motion to Reconsider and Alter or Amend the Original Order, entered on the 7th day of August, 2013 (Dkt. No. 441) ("Reconsideration Order" and collectively with the Original Order, the "Orders"). This amended notice appeal ("Amended Notice of Appeal") is an amendment to the *Notice of Appeal to District Court*, In re New England Compounding Pharmacy, Inc., No. 12-19882 (Bankr. D. Mass. Aug. 9, 2013) (Docket No. 458), with respect to the parties listed herein.

The Orders order the NECC Contaminated Product Recipients, including Appellants, to provide privileged and confidential patient identifying and health information ("Protected Health Information") to the Trustee, Committee, and PSC on or before August 16, 2013. The Original Order, although titled as "Interim," with further hearing to be held on August 22, 2013 on matters not subject to this appeal, is final as to the NECC Contaminated Product Recipients as it constitutes a final determination of the obligations of the NECC Contaminated Product Recipients to turn over the Protected Health Information on or before August 16, 2013.

The current related pending MDL Litigation concerning the Debtor is in the United States District Court for the District of Massachusetts before the Honorable F. Dennis Saylor IV in *In re New England Compounding Pharmacy, Inc. Products Liability Litigation*, No. 1:13-md-02419-FDS.

The names of all parties to the Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| PARTY | | COUNSEL |
|---|---|---|
| **Chattanooga Neurosurgical Group** *Other Interested Party* | represented by | **C.J. Gideon, Jr.** Gideon, Cooper & Essary, PLC 315 Deaderick Street Suite 1100 Nashville, TN 37238 615-245-0400 |
| | | **Chris J. Tardio** Gideon, Cooper & Essary, PLC 315 Deaderick Street Suite 1100 Nashville, TN 37238 615-245-0400 chris@gideoncooper.com |
| **Dr. O'Connell's Pain** | represented | **William E. Christie** |

2

| | | |
|---|---|---|
| **Care Center**<br>*Appellant* | by | Shaheen & Gordon<br>107 Storrs Street<br>PO Box 2703<br>Concord, NH 03302<br>(603) 225-7262<br>wchristie@shaheengordon.com |
| **Dr. O'Connell's Pain Care Center, Inc.**<br>*Appellant* | represented by | **William E. Christie**<br>Shaheen & Gordon<br>107 Storrs Street<br>PO Box 2703<br>Concord, NH 03302<br>(603) 225-7262<br>wchristie@shaheengordon.com |
| **Erlanger Health System, Inc.**<br>*Other Interested Party* | represented by | **John B Bennett**<br>Spears, Moore, Rebman & Williams PC<br>801 Broad St., 6th Floor<br>Chattanooga, TN 37402<br>423-756-7000<br>423-756-8401 (fax) |
| | | **Cara E. Weiner**<br>Spears, Moore, Rebman & Williams, P.C.<br>801 Broad Street, Sixth Floor<br>P.O. Box 1749<br>Chattanooga, TN 37401-1749<br>423-756-7000<br>423-756-4801 (fax) |
| **John Fitzgerald**<br>*Appellee* | represented by | **Jennifer L. Hertz**<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>5 Post Office Square, Suite 1000<br>Boston, MA 02109<br>(617) 788-0412<br>Jennifer.L.Hertz@usdoj.gov |
| **Florida Pain Clinic, Inc.**<br>*Other Interested Party* | represented by | **Daniel A. Shapiro**<br>4301 W. Boy Scout Blvd Ste 400<br>Tampa, FL 33607 813-289-9300<br>813-286-2900 (fax)<br>Daniel.shapiro@csklegal.com |
| | | **Emmitte H. Griggs** |

3

|  |  |  |
|---|---|---|
|  |  | Chambless, Higdon, Richardson, Katz & Griggs<br>3920 Arkwright Road Suite 405<br>Macon, GA 31210<br>478-745-1181<br>478-746-9479 (fax)<br>sharden@chrkglaw.com |
| **Forsyth Street Ambulatory Surgery Center, LLC**<br>*Appellant* | represented by | **Jason D. Lewis**<br>Chambless, Higdon, Richardson, Katz & Griggs<br>3920 Arkwright Road Suite 405<br>Macon, GA 31210<br>478-745-1181<br>478-746-9479 (fax)<br>jlewis@chrkglaw.com |
| **Greater Baltimore Medical Center, Inc.**<br>*Other Interested Party* | represented by | **John T. Sly**<br>Waranch & Brown, LLC<br>Suite 300<br>Luthervile, MD 21093<br>410-821-3511<br>410-821-3501 (fax) |
| **Greenspring Surgery Center**<br>*Other Interested Party* | represented by | **John T. Sly**<br>Waranch & Brown, LLC<br>Suite 300<br>Luthervile, MD 21093<br>410-821-3511<br>410-821-3501 (fax) |
| **High Point Surgery Center**<br>*Other Interested Party* | represented by | **Terrill Johnson Harris**<br>Smith Moore Leatherwood LLP<br>300 N. Greene Street, Suite 1400<br>Post Office Box 21927 (27420)<br>Greensboro, North Carolina 27401<br>(336) 378-5200<br>terri.harris@smithmoorelaw.com |
|  |  | **Carrie A. Hanger**<br>Smith Moore Leatherwood LLP<br>300 N. Greene Street, Suite 1400<br>Post Office Box 21927 (27420)<br>Greensboro, North Carolina 27401<br>(336) 378-5200<br>carrie.hanger@smithmoorelaw.com |

4

| | | |
|---|---|---|
| **Howell Allen Clinic**<br>*Other Interested Party* | represented by | **C.J. Gideon, Jr.**<br>Gideon, Cooper & Essary, PLC<br>315 Deaderick Street<br>Suite 1100<br>Nashville, TN 37238<br>615-245-0400 |
| | | **Chris J. Tardio**<br>Gideon, Cooper & Essary, PLC<br>315 Deaderick Street Suite 1100<br>Nashville, TN 37238<br>615-254-0400<br>chris@gideoncooper.com |
| **Insight Health Corp.**<br>*Appellan* | represented by | **Matthew J. Matule**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108<br>(617) 573-4800<br>(617) 573-4822 (fax)<br>matthew.matule@skadden.com |
| | | **Ronald E. Meisler**<br>155 N. Wacker Drive<br>Chicago, IL 60606<br>312-407-0700<br>Ron.Meisler@skadden.com |
| **Inspira Health Network, Inc. and Inspira Medical Centers, Inc.**<br>*Other Interested Party* | represented by | **John J. Aquino**<br>Anderson Aquino LLP<br>240 Lewis Wharf<br>Boston, MA 02110<br>(617) 723-3600<br>(617) 723-3699 (fax)<br>jja@andersonaquino.com |
| | | **Donald F. Farrell, Jr.**<br>Anderson Aquino LLP<br>240 Lewis Wharf<br>Boston, MA 02110 (617) 723-3600<br>(617) 723-3699 (fax)<br>dff@andersonaquino.com |
| | | **Stephen A Grossman** |

5

|  |  |  |
|---|---|---|
|  |  | 457 Haddonfield Rd<br>Cherry Hill, NJ 08002<br>856-488-7767<br>856-488-7720 (fax)<br>SGrossman@mmwr.com |
|  |  | **Joseph O'Neil**<br>123 South Broad Street<br>Philadelphia, PA 19109<br>215-772-7602<br>215-772-7620<br>(fax) joneil@mmwr.com |
|  |  | **Martin S. Hyman**<br>Golenbock Eiseman Assor Bell & Beskoe LLP<br>437 Madison Avenue<br>New York, NY 10022<br>Phone: (212) 907-7300<br>Fax: (212) 754-0330<br>mhyman@golenbock.com |
| **Interventional Spine & Sports Medicine, PC**<br>*Appellant* | represented by | **Matthew C. Daly**<br>Golenbock Eiseman Assor Bell & Beskoe LLP<br>437 Madison Avenue<br>New York, NY 10022<br>Phone: (212) 907-7300<br>Fax: (212) 754-0330 |
| **Donald Jones, M.D.**<br>*Other Interested Party* | represented by | **C.J. Gideon, Jr.**<br>Gideon, Cooper & Essary, PLC<br>315 Deaderick Street<br>Suite 1100<br>Nashville, TN 37238<br>615-245-0400 |
|  |  | **Chris J. Tardio**<br>Gideon, Cooper & Essary, PLC<br>315 Deaderick Street Suite 1100<br>Nashville, TN 37238<br>615-254-0400<br>chris@gideoncooper.com |
| **Lead Counsel for Plaintiffs' Steering Committee** | represented by | **Thomas M. Sobol**<br>Hagens Berman Sobol Shapiro LLP |

| | | |
|---|---|---|
| *Appellee* | | 55 Cambridge Parkway<br>Suite 301<br>Cambridge, MA 02142<br>617-482-3700<br>tom@hbsslaw.com |
| **Magnala Shetty, M.D.**<br>*Other Interested Party* | represented by | **Daniel A. Shapiro**<br>4301 W. Boy Scout Blvd<br>Ste 400<br>Tampa, FL 33607<br>813-289-9300<br>813-286-2900 (fax) |
| **Marion Pain Management**<br>*Other Interested Party* | represented by | **Daniel A. Shapiro**<br>4301 W. Boy Scout Blvd<br>Ste 400<br>Tampa, FL 33607<br>813-289-9300<br>813-286-2900 (fax) |
| **Michigan Pain Specialists**<br>*Other Interested Party* | represented by | **Randy J. Hackney**<br>1715 Abbey Rd Ste A<br>East Lansing, MI 48823<br>517-333-0306<br>517-333-0319 (fax)<br>rhackney@hghblaw.com |
| | | **Sandra J Lake**<br>1715 Abbey Road Ste A<br>East Lansing, MI 48823<br>517-333-0306<br>517-333-0319 (fax) |
| **Paul D. Moore**<br>*Appellee* | represented by | **Paul D. Moore**<br>Duane Morris, LLP<br>100 High Street<br>Suite 2400<br>Boston, MA 02110<br>857-488-4200<br>pdmoore@duanemorris.com |
| | | **Jeffrey D. Sternklar**<br>Duane Morris, LLP 24th Floor<br>100 High Street<br>Boston, MA 02110<br>8574884216 |

|  |  |  |
|---|---|---|
|  |  | 8574013034 (fax)<br>jdsternklar@duanemorris.com |
|  |  | **Duane Morris**<br>100 High St.<br>Boston, MA 02110<br>617-289-9200 |
| **Neuromuscular and Rehabilitation Associates of Northern Michigan**<br>*Other Interested Party* | represented by | **Brett J Bean**<br>1715 Abbey Road, Ste A<br>East Lansing, MI 48823<br>517-333-0306<br>517-333-0319 (fax)<br>bbean@hghblaw.com |
|  |  | **Timothy J Dardas**<br>1715 Abbey Road, Ste A<br>East Lansing, MI 48823<br>517-333-0306<br>517-333-0319 (fax)<br>tdardas@hghblaw.com |
| **Official Committee of Unsecured Creditors**<br>*Appellee* | represented by | **William R. Baldiga**<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8200<br>wbaldiga@brovvnrudnick.com |
|  |  | **Rebecca Fordon**<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200<br>rfordon@browru-udnick.com |
|  |  | **David J. Molton**<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax) |
| **OrthoMaryland**<br>*Other Interested Party* | represented by | **Michelle R. Mitchell**<br>Wharton Levin Ehrmantraut & Klein<br>104 West Street<br>P.O. Box 551 |

8

| | | |
|---|---|---|
| | | Annapolis, MD 21404-0551<br>410-263-5900<br>mrm@wlekn.com |
| **Pain Consultants of West Florida, P.A.**<br>*Appellant* | represented by | **Halley M. Stephens**<br>Fuller, Mitchell, Hood & Stephens. LLC<br>2565 Barrington Circle<br>Tallahassee, FL 32308<br>850-222-0770<br>850-222-0760 (fax)<br>*Assigned: 07/15/13* |
| **Premier Orthopaedic Associates Surgical Center, LLC**<br>*Other Interested Party* | represented by | **Christopher Wolk**<br>Law Offices Of Jay J. Blumberg, Esq.<br>158 Delaware St<br>P.O. Box 68<br>Woodbury, NJ 08096<br>856-848-7472 |
| **Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC**<br>*Other Interested Party* | represented by | **Christopher Wolk**<br>Law Offices Of Jay J. Blumberg, Esq.<br>158 Delaware St<br>P.O. Box 68<br>Woodbury, NJ 08096<br>56-848-7472 |
| **Rochester Brain and Spine Pain Management LLC**<br>*Appellant* | represented by | **Alan J Bozer**<br>One HSBC Center Ste 3400<br>Buffalo, NY 14203<br>716-874-8400<br>abozer@phillipslytle.com |
| | | **Michael E. Hager**<br>11 Beacon Street<br>Suite 1200<br>Boston, MA 02108-3016<br>(617) 723-7133<br>(617) 723-3272 (fax)<br>mehager175@hotmail.com |
| **Saint Thomas Outpatient Neurosurgical Center**<br>*Other Interested Party* | represented by | **C.J. Gideon, Jr.**<br>Gideon, Cooper & Essary, PLC<br>315 Deaderick Street<br>Suite 1100<br>Nashville, TN 37238<br>615-245-0400 |

9

|  |  |  |
|---|---|---|
|  |  | *Assigned: 07/15/13*<br><br>**Chris J. Tardio**<br>Gideon, Cooper & Essary, PLC<br>315 Deaderick Street Suite 1100<br>Nashville, TN 37238<br>615-254-0400<br>chris@gideoncooper.com<br>*Assigned: 07/15/13* |
| **Kimberly Yvette Smith-Martin**<br>*Other Interested Party* | represented by | **Christopher Wolk**<br>Law Offices Of Jay J. Blumberg, Esq.<br>158 Delaware St P.O. Box 68<br>Woodbury, NJ 08096<br>856-848-7472 |
| **Southeast Michigan Surgical Hospital**<br>*Appellant* | represented by | **Kathryn J Humphrey**<br>400 Renaissance Center<br>Detroit, MI 48243<br>313-568-6848<br>313-568-6848 (fax)<br>khumphrey@dykema.com |
| **Specialty Surgery Center**<br>*Other Interested Partuy* | represented by | **C.J. Gideon, Jr.**<br>Gideon, Cooper & Essary, PLC<br>315 Deaderick Street<br>Suite 1100<br>Nashville, TN 37238<br>615-245-0400<br><br>**Chris J. Tardio**<br>Gideon, Cooper & Essary, PLC<br>315 Deaderick Street Suite 1100<br>Nashville, TN 37238<br>615-254-0400<br>chris@gideoncooper.com |
| **Steophen Pyles M.D.**<br>*Other Interested Party* | represented by | **Daniel A. Shapiro**<br>4301 W. Boy Scout Blvd Ste 400<br>Tampa, FL 33607<br>813-289-9300<br>813-286-2900 (fax)<br>Daniel.shapiro@csklegal.com |
| **Surgery Center of Wilson**<br>*Other Interested Party* | represented by | **David Batten**<br>4141 Parklake Ave |

10

Raleigh, NC 27612

Dated: August 12, 2013                  Signed:

SHAHEEN & GORDON, P.A.


/s/ William E. Christie
William E. Christie, Esquire
B.B.O. No. 566896
Benjamin T. Siracusa Hillman, Esquire (of counsel)*
B.B.O. No. 672597
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
wchristie@shaheengordon.com

*Not admitted in federal court

*Attorneys for Appellants Dr. O'Connell 's Pain Care Center and Dr. O'Connell's Pain Care Center, Inc.*


PHILLIPS LYTLE LLP


/s/ Alan J. Bozer
Alan J. Bozer, admitted pro hac vice
3400 HSBC Center
Buffalo, NY 14203
(716) 847-7400

*Attorneys for Appellant Rochester Brain & Spine Pain Management LLC*


DYKEMA GOSSETT PLLC


/s/ Kathryn J. Humphrey
Kathryn J. Humphrey (P32351)
400 Renaissance Center, 37th Floor
Detroit, MI 48243
313-568-6848
khumphrey@dykema.corn

*Attorneys for Appellant Southeast Michigan Surgical Hospital*

13

FULLER, MITCHELL, HOOD & STEPHENS, LLC

/s/ Halley M. Stephens
Halley M. Stephens
Fla. Bar No.: 0154725
hstephens@fmhslaw.com
2565 Barrington Circle
Tallahassee, FL 32308
Tel: (850) 222-0770
Fax: (850) 222-0760

*Attorneys for Appellant Pain Consultants of West Florida, P.A.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Matt J. Matule
Matthew J. Matule (BBO# 632075)
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
Matthew.Matule@skadden.com

Albert L. Hogan, III
Ron E. Meisler, admitted *pro hac vice*
155 N. Wacker Drive
Chicago, IL 60606
(312) 407-0700
Al.Hogan@skadden.com
Ron.Meisler@skadden.com

BONNER KIERNAN TREBACH & GROCIATA LLP

Brian J. Gerling
Christopher E. Hassell
Clinton R. Shaw
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
bgerling@bonnerkiernan.com
chassell@bonnerkiernan.com
cshaw@bonnerkiernan.com

*Attorneys for Appellant Insight Health Corp.*

GOLENBOCK EISEMAN ASSOR BELL & BESKOE LLP

Martin S. Hyman (NY Bar No. 1657329)
Matthew C. Daly (NY Bar No. 4625141)
437 Madison Avenue
New York, NY 10022
Phone: (212) 907-7300
Fax: (212) 754-0330
mhyman@golenbock.com

*Attorneys for Interventional Spine & Sports Medicine, PC*

/s/ Jason D. Lewis
Jason D. Lewis
Ga. Bar No. 197856
3920 Arkwright Road Suite 405
Macon, Georgia 31210
Ph:    478-745-1181
Fax:   478-746-9479
jlewis@chrkglaw.com

*Attorneys for Appellant Forsyth Street Ambulatory Surgery Center, LLC*

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by

15

filing a separate statement of election at the time of the filing of this amended notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

**CERTIFICATE OF SERVICE**

I hereby certify that the within AMENDED NOTICE OF APPEAL filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and will be served by the Clerk pursuant to Federal Rule of Bankruptcy Procedure 8004.

DATED: August 12, 2013

/s/ Matthew J. Matule
Matthew J. Matule  (BBO# 632075)
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
Matthew.Matule@skadden.com