## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC.,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 12-19882-HJB |

## NOTICE OF REVISED PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF NEW ENGLAND COMPOUNDING PHARMACY, INC.

Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the chapter 11 estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor"), and the Official Committee of Unsecured Creditors of NECC (the "Official Committee," and together with the Trustee, the "Plan Proponents"), in connection with the hearing held May 19, 2015 at 10:00 a.m. to consider confirmation of the *Second Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.* [Docket No. 1308], submitted proposed *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.* [Docket No. 1339] (the "Proposed Order").

The Plan Proponents are now filing revised proposed *Findings of Fact, Conclusions of Law and Order Confirming the Third Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.*, a copy of which is attached hereto as Exhibit "A."

Attached hereto as Exhibit "B" is a blackline identifying changes to the Proposed Order.

*[Signature Page Follows]*

Dated: May 19, 2015
      Boston, Massachusetts

Respectfully submitted,

**DUANE MORRIS LLP**

By: /s/ *Michael R. Lastowski*
Michael R. Lastowski, Esq. (admitted *pro hac vice*)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
mlastowski@duanemorris.com

*Counsel to the Chapter 11 Trustee*

-and-

**BROWN RUDNICK LLP**

By: /s/ *William R. Baldiga*
William R. Baldiga, Esq. (BBO #542125)
Kiersten A. Taylor, Esq. (BBO #681906)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
wbaldiga@brownrudnick.com
ktaylor@brownrudnick.com

David J. Molton, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com

*Counsel to the Official Committee of*
*Unsecured Creditors of New England*
*Compounding Pharmacy, Inc.*